```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MELVIN STINSON,                  :   CRIMINAL ACTION
                                 :   NO. 07-170
          Petitioner,            :
                                 :   CIVIL ACTION
     v.                          :   NO. 11-6230
                                 :
UNITED STATES OF AMERICA,        :
                                 :
          Respondent.            :
```

## O R D E R

**AND NOW**, this **29th** day of **June, 2012**, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 46) is **DENIED** and **DISMISSED with prejudice** and a certificate of appealability shall not issue.

**AND IT IS SO ORDERED.**

                              s/Eduardo C. Robreno
                         **EDUARDO C. ROBRENO, J.**